A03A2180. WILLBANKS et al. v. SUGARLOAF CAFÉ, INC.
(619 SE2d 797)

BERNES, Judge.

In *Sugarloaf Café v. Willbanks*, 279 Ga. 255 (612 SE2d 279) (2005), the Supreme Court of Georgia reversed the judgment of this

---

Court in *Willbanks v. Sugarloaf Café*, 266 Ga. App. 426 (597 SE2d 410) (2004). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ruffin, C. J., Johnson, P. J., Blackburn, P. J., Ellington, Phipps and Mikell, JJ., concur.*

DECIDED AUGUST 12, 2005.

*Ralph E. Hughes*, for appellants.
*Weinberg, Wheeler, Hudgins, Gunn & Dial, J. Kenneth Moorman, Rachel A. Fuerst, Larry G. Cobb*, for appellee.